**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio SANCHEZ–ORNELAS,**
**Defendant–Appellant.**

No. 06–50054.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.[*]

Filed June 15, 2007.

Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Steven S. Lubliner, Esq., Law Offices of Steven S. Lubliner, Petaluma, CA, for Defendant–Appellant.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM [**]

Antonio Sanchez–Ornelas appeals from his sentence and conviction for bail jumping in violation of 18 U.S.C. § 3146.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel has filed a brief which states that there are no grounds for relief, and which contains a motion to withdraw as counsel of record. Appellant did not file a *pro se* supplemental brief, and the Government did not file an answering brief.

We have reviewed the brief and conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss Sanchez–Ornelas' appeal in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.